Shelley G. Bryant, CA Bar No. 222925
shelley@bwlaw.com
BRYANT WHITTEN, LLP
8050 North Palm Avenue, Suite 210
Fresno, California 93711
Telephone:    559-494-4910
Facsimile:    559-421-0369

Attorneys for Plaintiff
AARON DELGADO

Elizabeth A. Falcone CA Bar No. 219084
Elizabeth.Falcone@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500
Portland, OR  97201
Telephone:    503-552-2140
Facsimile:    503-224-4518

Attorneys for Defendants
J. R. SIMPLOT COMPANY and
JASON WILLARD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON DELGADO<br><br>    Plaintiff,<br><br>  v.<br><br>J. R. SIMPLOT COMPANY, a Nevada corporation, JASON WILLARD, an individual, and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 1:23-cv-00214-ADA-EPG<br><br>ORDER RE: STIPULATION AND TO EXTEND BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR REMAND AND DEFENDANTS' PARTIAL MOTION TO DISMISS<br><br>(ECF No. 13). |

Plaintiff Aaron Delgado ("Plaintiff") and Defendants J. R. Simplot Company and Jason Willard ("Defendants") hereby stipulate and agree as follows:

WHEREAS, on February 27, 2023 Defendants filed their Partial Motion to Dismiss. ECF Dkt. 8.

WHEREAS, on February 27, 2023 Plaintiff filed his Motion for Remand. ECF Dkt. 9.

WHEREAS, on March 6, 2023, Plaintiff filed his Opposition to Defendants' Partial Motion to Dismiss. ECF Dkt. 11.

WHEREAS, on March 8, 2023, the Court assigned the pending motions to Magistrate Judge Erica P. Grosjean. ECF Dkt. 12.

WHEREAS, Defendants' deadline to file their Opposition to Plaintiff's Motion for Remand is March 13, 2023.

WHEREAS, Defendants' deadline to file their Reply to Plaintiff's Opposition to Defendants' Partial Motion to Dismiss is March 16, 2023.

WHEREAS, Defendants intend to file Opposition to Plaintiff's Motion for Remand and Reply to Plaintiff's Opposition to Defendants' Partial Motion to Dismiss.

WHEREAS, Plaintiff intends to file Reply to Defendants' forthcoming opposition to Plaintiff's Motion for Remand.

WHEREAS, the undersigned counsel for Defendants and her family have been very ill thus requiring additional time to prepare and file the above-mentioned briefing.

WHEREAS, in order to allow the parties sufficient time to complete briefing on the pending Plaintiff's Motion for Remand and Defendants' Partial Motion to Dismiss, the parties require additional time.

THEREFORE, the Parties to the above-captioned matter hereby stipulate and agree as follows:

1. Defendants' deadline to file Opposition to Plaintiff's Motion for Remand shall be extended by ten (10) calendar days to March 23, 2023.

2. Defendants' deadline to file Reply to Plaintiff's Opposition to Defendants' Partial Motion to Dismiss shall be extended by ten (10) calendar days to March 27, 2023.

3. Plaintiff's deadline to file Reply to Defendants' forthcoming Opposition to Plaintiff's

Motion for Remand shall be extended by ten (10) calendar days to April 6, 2023.

IT IS SO STIPULATED ON THE DATES INDICATED BELOW.

DATED: March 10, 2023                    BRYANT WHITTEN, LLP

                                         By: */s/ Shelley G. Bryant*
                                             Shelley G. Bryant
                                             Attorneys for Plaintiff, Aaron Delgado


DATED: March 10, 2023                    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                                         By: /s/ *Elizabeth A. Falcone*
                                             Elizabeth A. Falcone
                                             Attorneys for Defendants J. R. Simplot Company and Jason Willard

# **ORDER**

Based on the parties' stipulation, IT IS HEREBY ORDERED that:

1. Defendants' deadline to file Opposition to Plaintiff's Motion for Remand shall be extended by ten (10) calendar days to March 23, 2023.

2. Defendants' deadline to file Reply to Plaintiff's Opposition to Defendants' Partial Motion to Dismiss shall be extended by ten (10) calendar days to March 27, 2023.

3. Plaintiff's deadline to file Reply to Defendants' forthcoming Opposition to Plaintiff's Motion for Remand shall be extended by ten (10) calendar days to April 6, 2023.

4. Further, the Court will convert the scheduling conference currently set for April 20, 2023, at 11:00 am in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean to a hearing on the pending motion to remand and partial motion to dismiss. To participate telephonically, the parties are directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The Court will reset the scheduling conference, if necessary, pending a final order regarding the motion to remand.

IT IS SO ORDERED.

Dated: **March 14, 2023**          /s/ Erica P. Grosjean
                                   UNITED STATES MAGISTRATE JUDGE